UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| KERRY MALONY, | Case No. 2:22-cv-08217-SB-JC |
|---|---|
| Plaintiff, | [Assigned to Hon. Stanley Blumenfeld, Jr., District Judge; Hon. Jacqueline Chooljian, Magistrate Judge] |
| v. | |
| LOWE'S COMPANIES; and DOES 1 to 25, Inclusive, | **ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| Defendants. | |
| | Complaint Filed: June 2, 2022 |

IT IS HEREBY ORDERED that the Complaint of Plaintiff KERRY MALONY is hereby dismissed in its entirety, with prejudice.

Dated: June 15, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

- 1 -
**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**